Form defntc

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

Case No.:  10–20602
Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daniel Wayne Bartley
  1900 Utah St
  Gillette, WY 82716

Social Security / Individual Taxpayer ID No.:
  xxx–xx–5263

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:

You are hereby notified that unless the following documents or items are properly filed and complied with no later than the dates below, the case will be automatically dismissed by the Court without further notice or hearing:

Employee Income Record due 06/03/2010

Any party desiring to object to the dismissal of the case may do so by filing an objection within fourteen (14) days and request a hearing in accordance with L.B.R. 1017–2.

Dated: 5/20/10

Tim J. Ellis,

Clerk of Court